# IN THE UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA,
## OAKLAND DIVISION

| | |
|---|---|
| AVELINO LISING, | ) Case No.: 10-CV-02908 |
| Plaintiff, | ) [**PROPOSED**] ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | ) |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | ) |
| Defendant. | ) |

UPON REVIEW of Plaintiff's Request to Continue Case Management Conference and upon GOOD CAUSE SHOWING, it is hereby ordered that the Case Management Conference set in this matter is hereby continued to  November 12 , 2010 at  1:30  am/pm to allow the parties to consummate settlement and file a dismissal of the instant matter.

IT IS SO ORDERED.

Date_October 5, 2010___   By:_____*Jeffrey S White*_____
Hon. United States District Court Judge

- 1 -

ORDER