Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff, AVELINO LISING

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVELINO LISING, | Case No.: 10-CV-02908 |
| Plaintiff, | VOLUNTARY DISMISSAL |
| v. | |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, AVELINO LISING, by and through her attorneys, FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: October 11, 2010                               KROHN & MOSS, LTD.


                                                      By: /s/ Nicholas J. Bontrager
                                                          Nicholas J. Bontrager, Esq.
                                                          Attorney for Plaintiff
                                                          AVELINO LISING